```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

DB, a minor,
    Plaintiff(s)
                                         CIVIL ACTION
    V.                           NO. 08-40030-FDS

Sutton School District,
    Defendant(s)

**SAYLOR, D.J.**

## ORDER FOR REMAND

In accordance with the Court's allowance of Motion to remand issued on 7/15/08 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                                By the Court,

DATED: <u>August 5, 2008</u>

                                                <u>/s/ Martin Castles</u>
                                                Deputy Clerk

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

DB, a minor,
       Plaintiff(s)
                                      CIVIL ACTION
      V.                      NO. 08-40030-FDS

Sutton School District,
       Defendant(s)

**SAYLOR, D.J.**

## ORDER FOR REMAND

In accordance with the Court's allowance of Motion to remand issued on 7/15/08 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                                      By the Court,

DATED: August 5, 2008

                                                      /s/ Martin Castles
                                                      Deputy Clerk